THOMAS F. CLARK *vs.* JAMES WILSON.

Under Pub. Stat. R. I. cap. 207, §§ 16, 18, an officer who has attached chattels and re-
moved them for keeping is not bound, on receiving the bond provided for in § 16, to return
them to the place whence he removed them.

EXCEPTIONS to the Court of Common Pleas.

Pub. Stat. R. I. cap. 207, §§ 16, 18, being the reënactment of
Gen. Stat. R. I. cap. 196, §§ 16, 18, provide :

" SECT. 16.  The defendant in any writ upon which goods and
chattels have been attached may, at any time within forty eight
hours, exclusive of Sunday, after such attachment, deliver to such
officer a bond in the penal sum of the amount of damages laid in
the writ, signed by the defendant or some one in his behalf, with
sureties to the satisfaction of such officer, with a condition therein
that the same shall be null and void if the final judgment in the
action in which such writ was served shall be forthwith paid and
satisfied after the rendition thereof.

" SECT. 18.  Upon accepting a bond given to satisfy a judg-
ment as herein required, such officer shall lodge the same with the
clerk of the court, if there be a clerk, otherwise with the justice
of the court to which the writ in such action shall be returnable,
and shall forthwith surrender the goods and chattels attached by
him to the person whose interest therein shall have been attached,
or from whose possession the same were taken by virtue of such
writ."

*October* 12, 1882.  PER CURIAM.  The only question raised by
the exception is, whether, under Gen. Stat. R. I. cap. 196, §§ 16,
18, corresponding to Pub. Stat. R. I. cap. 207, §§ 16 and 18, an
officer, who has attached goods on original writ or mesne process
and removed them to another place within his precinct for keep-
ing, is bound to return them to the place from which he removed
them on receiving the bond provided for by § 16.  We think he
is not.  The statute only says he shall " surrender " them.  To
surrender means to relinquish or give up, and it means nothing
more, unless the meaning is extended by construction.  We do
not see any reason for extending it ; for the right to give the bond
is a privilege accorded to the defendant, which he is at liberty

either to accept or refuse, but which, if he does accept, he must accept *cum onere.* *Exceptions overruled.*

    *Hugh J. Carroll,* for plaintiff.
    *William H. Clapp,* for defendant.